**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY HINDLEMANN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., JOSEPH M. ZUBRETSKY, and MARK L. KEIM,<br><br>Defendants. | Case No.: 2:25-cv-09461-SPG-RAO<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE THERETO [ECF NO. 31]**<br><br>Hon. Sherilyn Peace Garnett |

On December 3, 2025, Plaintiff Jeffrey Hindlemann ("Plaintiff") and Defendants Molina Healthcare Inc., Joseph M. Zubretsky, and Mark L. Keim (collectively, "Defendants") filed a Joint Stipulation Regarding Filing of Amended Complaint and Response Thereto ("Stipulation").

The Stipulation requests that the Defendants' obligation to respond to the complaint in this action be vacated until after lead plaintiff and lead counsel have been appointed and an amended complaint filed, and proposes a schedule for the filing of an amended complaint and any response thereto after such appointment.

-1-

1    The Court, having considered the Stipulation, and finding good cause therefor,

2  hereby GRANTS the Stipulation and ORDERS as follows:

3       1. Defendants need not respond to the currently pending complaint (ECF No. 1).

4       2. Within fourteen (14) days after the appointment of a lead plaintiff pursuant to 15

5          U.S.C. § 78u-4(a)(3), counsel for the lead plaintiff and counsel for Defendants

6          shall meet and confer regarding a schedule for the filing of an amended

7          complaint (if any) and the filing of any motion to dismiss and briefing schedule,

8          taking into account any scheduling conflicts of counsel, and shall submit a

9          stipulation with the parties' proposed schedule for the Court's approval; and

10      3. No scheduling conference or other case management conference need be set in

11          this matter unless, following Defendants' motions to dismiss, any claims remain.

13    **IT IS SO ORDERED.**

15  Dated:

16                   HON. SHERILYN PEACE GARNETT

17                   UNITED STATES DISTRICT JUDGE