Laurence M. Rosen (219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
*Counsel for Hanser Ponce Blanco*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HINDLEMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., JOSEPH M. ZUBRETSKY, and MARK L. KEIM,<br><br>Defendants. | Case No. 2:25-cv-09461-SPG-RAO<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF HANSER PONCE BLANCO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>HEARING: January 7, 2026<br>TIME: 1:30 p.m. |

PLEASE TAKE NOTICE that movant Hanser Ponce Blanco ("Movant") hereby withdraws his Motion for appointment as Lead Plaintiff of the Class and approval of selection of The Rosen Law Firm, P.A. as counsel. Dkt. No. 19.

This withdrawal shall have no impact on Movant's membership in the proposed class, his right to share in any recovery for the benefit of class members, or his ability serve as a representative party should the Court determine that present movants are unable to represent the class.

1

WITHDRAWAL OF MOTION OF HANSER PONCE BLANCO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – 2:25-cv-09461-SPG-RAO

| | | |
|---|---|---|
| 1 | Dated: December 8, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | **THE ROSEN LAW FIRM, P.A.** |
| 4 | | */s/ Laurence M. Rosen* |
| 5 | | Laurence M. Rosen, Esq. (SBN 219683) |
| | | 355 South Grand Avenue, Suite 2450 |
| 6 | | Los Angeles, CA 90071 |
| 7 | | Telephone: (213) 785-2610 |
| | | Facsimile: (213) 226-4684 |
| 8 | | Email: lrosen@rosenlegal.com |
| 9 | | *Counsel for Hanser Ponce Blanco* |

2

WITHDRAWAL OF MOTION OF HANSER PONCE BLANCO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – 2:25-cv-09461-SPG-RAO

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On December 8, 2025, I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION OF HANSER PONCE BLANCO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 8, 2025.

                                        */s/ Laurence M. Rosen*
                                        Laurence M. Rosen

3

WITHDRAWAL OF MOTION OF HANSER PONCE BLANCO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – 2:25-cv-09461-SPG-RAO