Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Anil Wagle and Bindu Wagle*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HINDLEMANN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., JOSEPH M. ZUBRETSKY, and MARK L. KEIM,<br><br>Defendants. | Case No. 2:25-cv-09461-SPG-RAO<br><br>**NOTICE OF WITHDRAWAL OF THE MOTION OF ANIL WAGLE AND BINDU WAGLE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: January 7, 2026<br>Time: 1:30 p.m.<br>Crtrm.: 5C – 5th Floor<br>Judge: Sherilyn Peace Garnett |

On December 2, 2025, Anil Wagle and Bindu Wagle (the "Wagles") filed a motion for appointment as lead plaintiff and approval of counsel in connection with the above-captioned securities fraud class action (Dkt. No. 22, the "Motion"). Four other similar motions were filed by other putative class members.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that the Wagles do not have the largest financial interest in the relief sought by the class as required by the PSLRA. As such, the Wagles hereby withdraw their Motion.

By this withdrawal, the Wagles do not waive their rights to participate and recover as class members in this litigation.

Dated: December 17, 2025       Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: _/s Charles H. Linehan_
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Wagle and Bindu Wagle*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

NOTICE OF WITHDRAWAL OF THE MOTION OF ANIL WAGLE AND BINDU WAGLE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On December 17, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan