

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY HINDELMANN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

MOLINA HEALTHCARE, INC.; JOSEPH M. ZUBRETSKY; and MARK L. KEIM,

Defendants.

Case No. 2:25-cv-09461-SPG-RAO

**ORDER GRANTING JOINT STIPULATION REGARDING FILING OF AMENDED COMPLAINT [ECF NO. 31]**

The Court is in receipt of the parties' Joint Stipulation Regarding Filing of Amended Complaint and Response Thereto (ECF No. 31 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court hereby GRANTS the Stipulation and ORDERS as follows:

1.   Per the parties' Stipulation, Defendants Molina Healthcare, Inc., Joseph M. Zubretsky, and Mark L. Keim ("Defendants") need not respond to the current pending complaint, *see* (ECF No. 1), until after a lead plaintiff has been selected.

2.   Within fourteen (14) days after the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3), counsel for the lead plaintiff and counsel for

Defendants shall meet and confer regarding a schedule for the filing of an amended complaint (if any) and the filing of any motion to dismiss and briefing schedule, taking into account any scheduling conflicts of counsel, and shall submit a stipulation with the parties' proposed schedule for the Court's approval; and

3.   No scheduling conference or other case management conference need be set in this matter unless, following Defendants' motions to dismiss, any claims remain.

**IT IS SO ORDERED.**

DATED:  December 17, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -