ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY HINDLEMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOLINA HEALTHCARE, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:25-cv-09461-SPG-RAO<br><br>CLASS ACTION<br><br>NOTICE OF UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL (ECF 27)<br><br>DATE:　　January 7, 2026<br>TIME:　　1:30 p.m.<br>CTRM:　　5C<br>JUDGE:　Hon. Sherilyn Peace Garnett |

4915-4106-2277.v1

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT proposed lead plaintiff Automotive Industries Pension Trust Fund (the "Pension Fund") respectfully gives notice that its Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") (ECF 27) is unopposed. |

The complaint in this matter was filed on October 3, 2025. *See* ECF 1. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), putative class members had until December 2, 2025 to file motions seeking appointment as lead plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(A)(ii). Five such motions were filed by: (1) the Pension Fund; (2) Anil Wagle and Bindu Wagle; (3) Irving Firemen's Relief & Retirement Fund ("Irving Fire"); (4) Christy S. Joseph; and (5) Hanser Ponce Blanco. *See* ECF 13, 15, 19, 22, 27. On December 4, 2025, Mr. Joseph filed a notice withdrawing his motion. *See* ECF 32. On December 8, 2025, Mr. Blanco filed a notice withdrawing his motion. *See* ECF 33. On December 17, 2025, the Wagles filed a notice withdrawing their motion. *See* ECF 35. Finally, on December 17, 2025, Irving Fire file a notice of non-opposition to the competing motions. *See* ECF 37. As such, the Pension Fund's Motion is the only motion that remains pending and is thus unopposed.

As noted in its Memorandum of Law in support of its Motion, the Pension Fund has the largest financial interest in the relief sought by the class, is otherwise typical and adequate, and selected competent, experienced, and qualified counsel to represent the putative class as Lead Counsel. *See* ECF 28. Accordingly, because the Pension Fund satisfies the PSLRA's requirements for appointment as lead plaintiff and its Motion is unopposed, the Motion should be granted.

DATED: December 29, 2025        Respectfully submitted,

ROBBINS GELLER RUDMAN
    & DOWD LLP

s/ Kenneth P. Dolitsky
KENNETH P. DOLITSKY

- 1 -

4915-4106-2277.v1

DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4915-4106-2277.v1