**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY HINDLEMANN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MOLINA HEALTHCARE, INC.; JOSEPH M. ZUBRETSKY; and MARK L. KEIM, <br><br> Defendants. | Case No. 2:25-cv-09461-SPG-RAO <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULING DEADLINES FOR CONSOLIDATED COMPLAINT AND RESPONSES THERETO [ECF NO. 48]** |

Before the Court is the parties' Joint Stipulation Regarding Scheduling Deadlines for Consolidated Complaint and Responses Thereto.  *See* (ECF No. 48 ("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1.     Lead Plaintiff Automotive Industries Pension Trust Fund ("Plaintiff") shall file a consolidated complaint on or by March 31, 2026.

2.     Defendants Molina Healthcare, Inc., Joseph M. Zubretsky, and Mark. L. Keim ("Defendants") shall file a response on or by June 5, 2026.

3.     Plaintiff shall file any opposition thereto on or by July 16, 2026.

4.     Defendants shall file any reply thereto on or by August 21, 2026.

5.      The Court will hear any motion to dismiss the consolidated complaint, should the Court deem a hearing necessary, on September 2, 2026.

6.      No scheduling conference or other case management conference will be set in this matter unless, following any motion to dismiss, claims remain.

**IT IS SO ORDERED.**

DATED: February 10, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -