LATHAM & WATKINS LLP
Manuel A. Abascal (Bar No. 171301)
*manny.abascal@lw.com*
Joshua G. Hamilton (Bar No. 199610)
*joshua.hamilton@lw.com*
Morgan E. Schneer (Bar No. 346821)
*morgan.schneer@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel.: (424) 653-5500 | Fax: (424) 653-5501

Brittany M.J. Record (*pro hac vice* pending)
*brittany.record@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200 | Fax: (202) 637-2201

*Attorneys for Defendants*
*Molina Healthcare, Inc., Joseph M. Zubretsky, and Mark L. Keim*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY HINDLEMANN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

MOLINA HEALTHCARE, INC., JOSEPH M. ZUBRETSKY, and MARK L. KEIM,

Defendants.

Case No.: 2:25-cv-09461-SPG-RAO

<u>CLASS ACTION</u>

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED COMPLAINT**

Hearing Information:
Date: September 2, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
Judge: Hon. Sherilyn Peace Garnett

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on September 2, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable Sherilyn Peace Garnett, in the United States District Court for the Central District of California located at 350 W. First Street, Los Angeles, CA 90012, Courtroom 5C, Defendants Molina Healthcare, Inc., Joseph M. Zubretsky, and Mark L. Keim ("Defendants"), by and through their undersigned counsel, will and hereby do move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice Plaintiff's Consolidated Complaint. This Motion is made on the following grounds:

1. Plaintiff's Count I for Violations of § 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants should be dismissed for failure to plead a material false statement or omission;

2. Plaintiff's Count I for Violations of § 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants should be dismissed for failure to plead scienter;

3. Plaintiff's Count I for Violations of § 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants should be dismissed for failure to plead loss causation; and

4. Plaintiff's Count II for Violation of § 20(a) of the Exchange Act Against All Defendants should be dismissed for failure to plead an underlying violation of § 10(b) of the Exchange Act.

This motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, *et seq.*, and is based on this Notice, the accompanying Memorandum of Law and appendices to the same, the concurrently filed Request for Judicial Notice and Incorporation of Documents By Reference and exhibits attached to the Declaration of Morgan E. Schneer, all pleadings on file in this action, and such oral argument as may be presented on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 22, 2026. *See* Declaration of Morgan E. Schneer ¶ 30.

Respectfully submitted,

Dated: June 5, 2026

LATHAM & WATKINS LLP
Joshua G. Hamilton
Manuel A. Abascal
Brittany M.J. Record
Morgan E. Schneer

By: /s/ Joshua G. Hamilton
Joshua G. Hamilton

*Attorneys for Defendants Molina Healthcare, Inc., Joseph M. Zubretsky, and Mark L. Keim*