JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY HINDLEMANN, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>MOLINA HEALTHCARE, INC.; JOSEPH M. ZUBRETSKY; and MARK L. KEIM,<br>Defendants. | Case No. 2:25-cv-09461-SPG-RAO<br><br>**ORDER AND ENTRY OF FINAL JUDGMENT** |

On September 14, 2026, the Court entered an Order granting the Motion to Dismiss filed by Defendants Molina HealthCare, Inc., Joseph M. Zubretsky, and Mark Keim. (Order, ECF No. 63.) That Order dismissed the entirety of the Consolidated Complaint (ECF No. 50) with leave to amend; the Order allowed Lead Plaintiff to file an Amended Complaint within twenty-one days and further stated that, “if Plaintiff fails to file an FAC within 21 days, the case shall be closed.” (Order at 28.) Plaintiff has since filed a Notice Concerning Not Amending the Operative Complaint (“Notice”), in which Plaintiff attests that it does not intend to file an Amended Complaint and requests that the Court enter final judgment. (Notice, ECF No. 64.)

//

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment is entered in favor of Defendants and against Plaintiff consistent with the Order at ECF No. 63 as follows:

1. The Consolidated Complaint, including each cause of action and claim for relief asserted therein, is DISMISSED with prejudice;
2. The Court finds that the Parties and their attorneys of record have complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure in this action; and
3. All Parties shall bear their own costs.

DATED: October 20, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE